D. Milson Thomas et al., Appellants, v. Town of Bedford, et al., Respondents.— In an action to declare unconstitutional an amendment to a zoning ordinance of the Town of Bedford, and for other relief, plaintiffs appeal from a judgment of the Supreme Court, Westchester County, entered April 12, 1961, upon the decision and opinion of the Special Term after a nonjury trial, dismissing the complaint on the merits. Judgment affirmed, with costs, on the opinion of the Justice at Special Term (*Thomas v. Town of Bedford,* 29 Misc 2d 861). Ughetta, Acting P. J., Christ, Pette and Brennan, JJ., concur.

Town & Country House & Home Service, Inc., Appellant, v. Percy C. Newbery et al., Respondents.—

Plaintiff's attorney, having marked the case "ready" on four consecutive days, was responsible for not being actually ready to proceed to trial when the case was reached for trial. However, in view of all the circumstances here present, his conduct was not of such inexcusable nature as to warrant dismissal of the complaint. Hence, the unconditional denial of plaintiff's motion to open its default was an improvident exercise of discretion. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Brennan, JJ., concur.

Christina Vitaliano, Respondent, v. Arthur A. Knapp, Appellant, et al., Defendant.—

No opinion. Beldock, Acting P. J., Kleinfeld and Brennan, JJ., concur; Ughetta and Christ, JJ., dissent and vote to reverse the judgment and to dismiss the complaint, on the ground that there is no proof that defendant Knapp deviated from standard and approved practice or that there was any want of ordinary and reasonable care on his part. An error of judgment does not render a physician liable provided he does what he thinks is best after careful examination (*Pike v. Honsinger,* 155 N. Y. 201).